UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>PAUL H. LINK and KIMBERLY E. LINK,<br><br>Respondents. | No. 1:15-CV-00608-DAD-MJS<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 26.) |

On January 6, 2016, petitioner filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 26.)  Accordingly, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED without prejudice.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **January 7, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE